IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN GORDON,<br><br>        *Plaintiff,*<br><br>v.<br><br>THOMAS LICIARDELLO, et. al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 19-3761 |

### ORDER

**AND NOW**, this 1st day of October 2024, upon consideration of Plaintiff's Amended Complaint (ECF No. 45), the Officer Defendants' Motion to Dismiss (ECF No. 46), the City of Philadelphia and Bogan's Motion to Dismiss (ECF No. 47), Plaintiff's Responses thereto (ECF Nos. 48 & 49) and the Replies of the Officer Defendants and the City and Bogan (ECF Nos. 50 & 51), it is hereby **ORDERED** that the motions are **GRANTED**:

1. Count I is **DISMISSED** against the City with prejudice.

2. Count II is **DISMISSED** against the Officer Defendants and Bogan with prejudice.

3. Counts II is **DISMISSED** against the City without prejudice. Plaintiff may file an amended complaint by October 15, 2024.

                                            BY THE COURT:

                                            ***/s/ Gerald J. Pappert***
                                            Gerald J. Pappert, J.